No. 00–7273.  LAWSON v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7275.  MINGO v. RATHMAN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7281.  DIAZ ET AL. v. SNYDER ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 00–7282.  PERKINS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–7284.  MARTINEZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7289.  ESTIPHANOS v. JOHNSON.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–7290.  DUNN v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 00–7293.  MCCOMAS v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7294.  MIERITZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7295.  JACKSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7298.  DICKINSON v. WILLIAM CAREY INTERNATIONAL UNIVERSITY ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–7303.  STALLINGS v. OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 00–7304.  CASTON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–7306.  GOFFNEY v. FAMILY SAVINGS AND LOAN ASSN. ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.